428

725 A.2d 151

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Harley D. CLEMENT, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 1998.

## *ORDER*

PER CURIAM:

**AND NOW**, this 16th day of March, the petition for allowance of appeal is **GRANTED**, limited to the issue of whether 18 Pa.C.S.A. §7329, Prohibition of certain types of entertainment on bottle club premises, violates the First Amendment freedom of expression. The application to supplement the petition for allowance of appeal is also granted.